IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Petition of the Fresno Metropolitan Flood Control District,<br><br>                  Petitioner, | CASE NO. CV F 12-1032 LJO DLB<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 9.) |

      Based on petitioner's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

      1.     DISMISSES without prejudice this action in its entirety;

      2.     VACATES all pending matters and dates, including the August 2, 2012 hearing on the motion to dismiss and the August 23, 2012 scheduling conference; and

      3.     DIRECTS the clerk to close this action.

      This Court will take no further action on the motion to dismiss.

      IT IS SO ORDERED.

**Dated:**   July 19, 2012                    /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE